ACCEPTED
14-15-00504-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 4:19:43 PM
CHRISTOPHER PRINE
CLERK

## CASE NO. 14-15-00504-CV

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE FOURTEENTH |
| | § | |
| K.T. & R.D.T., | § | COURT OF APPEALS |
| | § | |
| *Children.* | § | AT HOUSTON |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 4:19:43 PM
CHRISTOPHER A. PRINE
Clerk

### JOINT MOTION TO DISMISS APPEAL

**TO THE HONORABLE JUDGES OF THE FOURTEENTH COURT OF APPEALS:**

Appellant and appellees ask the Court to dismiss this appeal.

### INTRODUCTION

1.      Appellant is Elisa Marie Moreno; appellees are Richard Dale Touchstone and the Office of the Attorney General Child Support Division.

2.      Appellant perfected the appeal on June 8, 2015, when she filed a notice of appeal.

### ARGUMENT & AUTHORITIES

3.      The Court has the authority under Texas Rule of Appellate Procedure 42.1(a)(2) to grant this joint motion to dismiss.

4.      The parties have reached an agreement to compromise and settle their differences in the suit *In the Interest of K.T. & R.D.T.,* cause number 07-FD-2827 in the County Court at Law No. 2 of Galveston County, Texas.  *See Rule 11 agreement attached as exhibit 1.*

5.      The parties ask the Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.  TEX. R. APP. P. 42.1(a)(2)(B).

### CONCLUSION

6.      The parties have reached an agreement to compromise and settle their differences in the suit *In the Interest of K.T. & R.D.T.,* cause number 07-FD-2827 in the County Court at Law

No. 2 of Galveston County, Texas. The parties ask the Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

## PRAYER

7.  For these reasons, the parties ask the Court to grant this joint motion to dismiss. Costs on appeal should be taxed in accordance with the parties' agreement.

Respectfully submitted,

By: /s/ Julia C. Hatcher
JULIA HATCHER
Attorney for Appellant
State Bar No.: 24004692
1622 Campbell Lane
Galveston, TX 77551
Cell: (409) 599-6685
Fax: (409) 744-1283
Email: jhat788699@aol.com

AGREED:

By /s/ Lynette Briggs
LYNETTE BRIGGS
Attorney for Appellee, Richard Touchstone
State Bar No.: 24027109
P. O. Box 46
Hitchcock, TX 77563
Tel: (409) 986-6565
Fax: (409) 986-9189
Email: lbriggslaw@verizon.net

By:
DIANNA M. NORTON /Kati Cesario
Attorney for Appellee, Attorney General of Texas
State Bar No.: 24052227 /24052227
5300 FM 2004
La Marque, TX 77568
Tel.: 409-986-7688
Fax: 409-986-9663
Email: csd-legal-603@texasattorneygeneral.gov

2

Exhibit 7

NO. <u>07FD2827</u>

| IN THE INTEREST OF | | § | IN COUNTY COURT AT LAW |
|---|---|---|---|
| | | § | |
| | AND | § | NUMBER TWO |
| | | § | |
| K.T. and R.D.T. | | § | |
| CHILDREN | | § | GALVESTON COUNTY, TEXAS |

Rule 11  AGREEMENT

1. ELISA MORENO 'S CHILD SUPPORT SHALL BE  SET AT
   ~~$~~ 220.88    EFFECTIVE 4/15/15 .
   $50  medical "   4/15/15

2. PARTIES AGREE THAT THE APPEAL SHALL BE ABANDONED AND FURTHER
   ACTIONS IN THIS CASE BY THE RULES OF CIVIL POROCEDURE AND THE
   TEXAS FAMILY CODE.  ↓shall be governed by . Final order shall
   be complete upon mandate by appellate court.

Lynette Briggs attorney for Richard Touchstone

_____

Julia Hatcher  attorney for Elisa Moreno

_____

Texas Attorney  General

_____

Approved by
Barbara E Roberts -Signed on 7/9/15
Judge Presiding